IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

RECEIVED
CHARLOTTE, N.C.
DEC - 7 2006
Clerk, U. S. Dist. Court
W. Dist. of N. C.

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | DOCKET NO. 3:06mj 440-1 |
| | ) | |
| v. | ) | |
| | ) | ORDER TO SEAL |
| CARLOS TESTORI, | ) | |
| | ) | |
| Defendant. | ) | |

On the government's motion to seal in the above-captioned file, for the reasons stated in the government's motion,

IT IS THEREFORE ORDERED that the Clerk shall seal this file until further order of the Court.

IT IS SO ORDERED, this 7th day of December, 2006.

*Carl Horn, III*

CARL HORN III
UNITED STATES MAGISTRATE JUDGE